UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXLORIE ALPHONSE,

Plaintiff,

- against -

BERLIN ROSEN, LLC,

Defendant.

26-cv-6440 (JGK)

Order

John G. Koeltl, District Judge:

As discussed during the telephone conference held on October 7, 2026, the plaintiff may file an amended complaint on or before **October 23, 2026.** The defendant may answer or move to dismiss by **November 13, 2026,** without seeking another premotion conference. If the defendant so moves, the plaintiff shall respond by **December 4, 2026**, and the defendant shall reply by **December 14, 2026**. If the defendant does not move to dismiss, the parties should file a Rule 26(f) report by **December 4, 2026.**

SO ORDERED.

Dated: New York, New York
October 7, 2026

John G. Koeltl
United States District Judge